USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/08/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAN-HELLENIC FOOD OF N.Y. CORP.,

Plaintiff,

- against -

NEW V&J PRODUCE CORP., VISHNUDAS L. KARIKURVE, JOSE E. POLANCO and CHRISTOPHER R. POLANCO,

Defendants.

Case No. 26-cv-7695

**ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED UNDER <u>FED. R. CIV. P. 65(b)</u>**

Upon reading and filing the annexed declarations of Nicolas Varvatsoulis, Chief Executive Officer of plaintiff Pan-Hellenic Food of N.Y. Corp. ("Plaintiff" or "Pan Hellenic") and Gregory Brown, Plaintiff's counsel, the exhibits annexed thereto, the memorandum of law in support, and upon all other papers and proceedings heretofore had herein, it is

**ORDERED**, that the above-named defendants show cause before this Court at the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, Courtroom 906, New York, New York 10007 on September 10, 2026 at 3:00 o'clock p.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants, their customers, agents, employees, officers, directors, subsidiaries, related entities, assigns, and banking institutions, during the pendency of this action, from alienating, dissipating, paying over or assigning any assets of defendant New V&J Produce Corp., or those of its affiliated and related entities (collectively, "V&J"), except for payment to Plaintiff, until further order of this Court or until defendants pay Plaintiff the principal amount of $868,244.00, plus accrued interest and attorneys' fees, by bank check or wire transfer, at which time this Order is dissolved; and it is

further

**ORDERED**, that, sufficient reason having been shown therefore, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Fed. R. Civ. P. 65, defendants, their customers, agents, employees, officers, directors, subsidiaries, related entities, assigns, and banking institutions are temporarily enjoined and restrained from alienating, dissipating, paying over or assigning any assets of V&J, except for payment to Plaintiff, until further order of this Court or until defendants pay Plaintiffs the amount of $868,244.00, plus accrued interest and attorneys' fees, by bank check or wire transfer, at which time this Order is dissolved; and it is further

**ORDERED** that in the event defendants fail to pay Plaintiff the principal amount of $868,244.00, plus accrued interest and attorneys' fees, by bank check or wire transfer within two business days of service of this Order, then defendants shall file with this Court, with a copy to Plaintiff's counsel, an accounting which identifies the assets and liabilities and accounts receivable reports of V&J signed under penalty of perjury; and that defendants shall also supply to Plaintiff's attorney, within five days of the date of this Order, any and all documents in their possession, custody or control related to the assets and liabilities of V&J, including, but not limited to, the most recent balance sheets, profit/loss statements, accounts receivable reports, accounts payable reports, accounts paid records and income tax returns and bank statements with cancelled checks for the last 90 days; and it is further

**ORDERED** that bond shall be waived in view of defendants now holding $868,244.00 worth of Plaintiff's assets; and it is further

**ORDERED** that service of a copy of this order and the papers upon which it is based, together with the summons and complaint on defendants' counsel on or before September 8,

2026, shall be deemed good and sufficient service thereof; and it is further

**ORDERED** that answering papers, if any shall be served by defendants so as to be received by Plaintiff's counsel and filed with the Court by **September 9, 2026**.

ISSUED: September 8, 2026

SO ORDERED.

MARGARET M. GARNETT
United States District Judge